IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| CYNTHIA SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. CV420-242 |
| | ) |
| ORAFOL AMERICAS, INC. and | ) |
| VIRGIL JENKINS, in his | ) |
| Individual Capacity, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## O R D E R

Before the Court is the parties' Joint Stipulation of Dismissal with Prejudice. (Doc. 26.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." As requested by the parties, this action is **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs and attorneys' fees. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 10th day of January 2022.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA